FILED
JUN 04 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:24-CT-3142-BO

(To be filled out by Clerk's Office only)

JARONTA JAVAR RAYNOR

Inmate Number #79

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

BERTIE COUNTY
L. FREEMAN
Mr. WHITEHURST

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**COMPLAINT**

(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

JARONTA JAVAR RAYNOR
Name

#F79
Prisoner ID #

BERTIE MARTIN REGIONAL JAIL
Place of Detention

230 COUNTY FARM ROAD
Institutional Address

WINDSOR                NC              27983
City                   State           Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee   ☑ State   ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __BERTIE COUNTY__
Name

__COUNTY__
Current Job Title

__128 SOUTH KING STREET__
Current Work Address

__WINDSOR__     __NC__     __27983__
City              State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: __L. FREEMAN__
Name

__DIRECTOR (Asst)__
Current Job Title

__230 COUNTY FARM ROAD__
Current Work Address

__WINDSOR__     __NC__     __27983__
City              State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3: **Ma. Whitehurst**
Name

Director (Admin)
Current Job Title

230 County Farm Road
Current Work Address

Windsor      NC      27983
City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: BERTIE MARTIN REGIONAL JAIL

Date(s) of occurrence: AUGUST 2023 TO MAY 2024 THEREAFTER.

State which of your federal constitutional or federal statutory rights have been violated:

FIFTH AND FOURTEENTH AMENDMENT; FIRST AMENDMENT

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

1.) SINCE 2023 PLAINTIFF RAYNOR BEEN HOUSED IN ISOLATION IN BERTIE MARTIN REGIONAL JAIL THE DEFENDANTS WHITEHURST, BERTIE COUNTY, AND L. FREEMAN HAS DEPRIVED PLAINTIFF OF INDOOR AND OUTDOOR EXCERCISE A VIOLATION OF PLAINTIFF FIFTH AND FOURTEENTH AMENDMENT. Causing Physical, psychological and emotional distress.

2.) SINCE AUGUST 2023 PLAINTIFF RAYNOR HAS BEEN PLACE IN ISOLATION WITHOUT BEEN PROVIDED ANY HEARING A VIOLATION OF PLAINTIFF FIFTH AND FOURTEENTH AMENDMENT.

3.) PLAINTIFF IS RECEIVING PUNISHMENT FOR TALKING TO OTHER INMATES IN THE JAIL WITH HIM HE IS BEING PUNISH OF LOSS OF PRIVILEGES WITHOUT APPEARING ~~APPEARING~~ BEFORE A HEARING OFFICER. Causing mental Breakdown, had 2 start taking anxiety meds!

4.) THE DEFENDANTS BERTIE COUNTY AND L. FREEMAN, WHITEHUR

**What happened to you?**

EXPOSED PLAINTIFF RAYNOR TO INADEQUATE CELL VENTILATION CONTAINING ABESTOS CAUSING PLAINTIFF TO COUGH UP DUST AND LINT PARTICLES MIXED WITH BLOOD. STALE AIR, BODY ODOR AND FECES SMELL CONTINUE DAILY COMING THROUGH THE VENTILATION CAUSING PLAINTIFF SERVER MILGRAINE HEADACHES DAILY A VIOLATION OF PLAINTIFF FIFTH AND FOURTEENTH AMENDMENT. Congesting, wheezing and squeaky like noise when Breathing!

5.) THE DEFENDANTS BERTIE COUNTY AND L. FREEMAN, WHITE Hurst IS INTERFERING WITH PLAINTIFF ACCESS TO COURT LIMITING PLAINTIFF ACCESS TO THE LAW LIBRARY 15 MINUTES A DAY, NOT GIVING PLAINTIFF ENOUGH TIME

**When did it happen to you?** Hurst

TO FULLY LOOK UP CASES OR LAW INFORMATION!

6.) THE DEFENDANTS BERTIE COUNTY AND L. FREEMAN, WHITE NO VISITATION FOR PLAINTIFF RAYNOR BECAUSE HE VIOLATED A RULE FOR TALKING IS A VIOLATION OF PLAINTIFF FIRST, FIFTH AND FOURTEENTH AMENDMENT.

7.) THE DEFENDANTS BERTIE COUNTY AND L. FREEMAN, WHITE Hurst HAS RULES THAT PLAINTIFF RAYNOR WAS NOT GIVEN NOTICE THAT BREAKING THE RULES VIOLATES JAIL RULES THAT WOULD

**Where did it happen to you?**

LEAD PLAINTIFF INTO ISOLATION A VIOLATION OF PLAINTIFF FIFTH AND FOURTEENTH AMENDMENT.

8.) THE DEFENDANTS BERTIE COUNTY AND L. FREEMAN, WHITEHURST REFUSE TO REPLY TO PLAINTIFF RAYNOR GRIEVANCES TO INTERFERE WITH PLAINTIFF

**What was your injury?**

RIGHT TO ACCES TO COURT IS A VIOLATION OF PLAINTIFF FIRST AMENDMENT. GRIEVANCES/APPEALS IGNORED NUMEROUS TIMES!

9.) THE DEFENDANTS BERTIE COUNTY AND WHITEHURST, L. FREEMAN EXPOSED PLAINTIFF RAYNOR TO MOLD IN THE CELL SHOWER, SHOWER HEAD AND GREENISH AND BLUEISH BUILD UP INSIDE THE SINK EXPOSING PLAINTIFF TO A HEALTH RISK. A VIOLATION OF PLAINTIFF FIFTH AND FOURTEENTH AMENDMENT. PROBLEMS BREATHING, WHEEZING AND SQUEAKING! CONSTANT HEADACHES. ANXIETY! SHORTNESS OF BREATHES. NOSE BLEEDS. BODY ACHES FROM LACK OF SLEEP! HAVING TO FILL OUT SICK CALLS CONSTANTLY FOR ANTIBIOTICS AND TYLENOL AND IBUPROPHEN! NO WORKING HOT/WARM WATER FROM SINKS, BLUEISH/GREENISH RUSH LIKE SUBSTANCES AROUND SINK AND SHOWERHEAD! SHOWER WATER ONLY GETS HOT/WARM IN THE MORNING TIME! CAN'T COOK CANTEEN (NOODLES) OR TAKE A SHOWER AFTER 10pm!

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
    If no, explain why not:

Is the grievance process completed?  ☐ Yes  ☑ No
    If no, explain why not:

I HAVE FILED GRIEVANCES MRS. FREEMAN DIRECTOR (Asst) HAS NEVER REPLYED BACK TO THE GRIEVANCES THIS PROCESS OF NOT REPLYING TO GRIEVANCES HAS HAPPEN TO OTHER INMATES.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

A.) PLAINTIFF SEEKS COMPENSATORY DAMAGES IN THE AMOUNT OF $1 MILLION DOLLARS AGAINST EACH DEFENDANT.

B.) PLAINTIFF SEEKS PUNTIVE DAMAGES IN THE AMOUNT OF $1 MILLION DOLLARS AGAINST EACH DEFENDANTS.

C.) PLAINTIFF SEEKS MENTAL AND EMOTIONAL DISTRESS DAMAGES AGAINST EACH DEFENDANT.

D.) PLAINTIFF SEEK A INJUNCTION ORDER AGAINST THE DEFENDANTS. TO PROVIDE INDOOR AND OUTDOOR EXERCISE, TO PROVIDE CLEAN VENTILATION, CREATE A HEARING FOR PLACEMENT ON ISOLATION AND DISPLINARY HEARING OFFICER.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

N/A

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

5-12-2024
Dated

Jaronta Javar Raynor
Plaintiff's Signature

JARONTA JAVAR RAYNOR
Printed Name

#79
Prison Identification #

330 County Farm Road  Windsor   NC   27983
Prison Address          City      State  Zip Code